**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION
TRUST FUND, et al.,

    Plaintiffs,

  v.

MAIERS GARAGE, INC.,

    Defendant.
_____/

No. 09-02551 JSW

**ORDER REFERRING REQUEST FOR CLARIFICATION**

On October 7, 2009, Magistrate Judge Elizabeth Laporte issued a Report and Recommendation regarding Plaintiffs' motion for default judgment. On October 22, 2009, Plaintiff filed a Request for Clarification re Matters Reflected in Report and Recommendation, in which Plaintiffs ask that this Court address certain inconsistencies in the Report. The Court HEREBY REFERS Plaintiffs' request for clarification to Magistrate Judge Laporte, so that she may consider the request in the first instance and, if necessary, issue an Amended Report and Recommendation.

**IT IS SO ORDERED.**

Dated: October 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom